HENRY W. WENDT, Suing as a Stockholder in the FORSYTH MANUFACTURING COMPANY, etc., Appellant, v. JOHN H. PRICE and Others, Respondents.— Judg-

ment reversed and new trial granted, with costs to appellant to abide event. Settle order before Clark, J., on two days' notice. All concur.